03-14-324-CR

20 del - 11 - 2015

Señor ó señora; espero que cuando resiban FILED IN COURT OF CRIMINAL APPEALS
se encuentre, bien de salud. ysted y Familia DEC 04 2015

Abel Acosta, Clerk

despues de este brebe saludo paso alo siguiente.
señor ó señora, yo nose si resibieron mi corta el abogado
solo medió "30" dios para reabrir mi nuebo Juicio espero ayan
recibie mi corta, no se que boy anecesitar me dijo en la corta
"Petitión FOR Discretionary Review" yo presento mi peti
ción ala corte de apelaciones deseo me respondan ya que solo
Tengo 30 dias para esto yo esido acusado falzamente x el
Jurado x el Juez x la Fiscal y Los Testigos yo Tengo
un Inpedimento mental yo solo pido Justicia el doctor
Que me Iso la operación dijo que abian posibilidades que yo
restaurara mi mente dentro de 6 á 7 años y sino me era restau
rado asi quedaria, yo Fui asaltado en la ciudad de alice Tx
Fui conducido, de los golpes que me dieron se me Iso san
gre ocaulada dento de mi cabeza yo no podía declarar x que
solo Tenio 3 años de la operación yo Tengo pruebas como com
probar mi Inocencia yo esido "victima" de un plan malva
do de Angel Leon y de mi misma mujer. Lilbia maricza
martines pineda.
yo deseo si mi corta es oida o aseptada, que me respon
dan necesito una carta en español para mi y una Ingles
para el Juez de migración, yo no se si me puedo presentar
me yo mismo o si me pueden dar un abogado gratis

Que la paz de Dios este con ustedes.

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 30 2015
Abel Acosta, Clerk